# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Paul Singleton,

              Plaintiff(s),

vs.

Precious Abram,

              Defendant(s).

Case No. 2:23-cv-01560-JAD-VCF

**Order**

     I ordered the Clerk of Court to close this case because plaintiff had not filed a new informa pauperis application on the long form or paid the filing fee pursuant to my previous orders. ECF Nos. 3 and 4. Plaintiff has now, long after the deadline passed, filed a new application to proceed in forma pauperis, but his new application still does not comply with my orders. *Id.* This application is on the short form instead of the long form and he again refused to answer many of the questions by marking "N/A" in response. ECF No. 5. I deny the plaintiff's application in this closed case. To pursue his claims plaintiff must file a new case, with a new informa pauperis application, now that this case is closed.

     ACCORDINGLY,

     I ORDER that plaintiff's application to proceed in forma pauperis (ECF No. 5) is DENIED. This case will remain CLOSED.

## **NOTICE**

     Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file

objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

      IT IS SO ORDERED.

      DATED this 6th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE